**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7000**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEROME PENDERGRASS, a/k/a French Fry,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.  (CR-92-216-4)

Submitted:  January 31, 2006         Decided:  February 14, 2006

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerome Pendergrass, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Pendergrass appeals the district court's orders denying relief on his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000) and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Pendergrass, No. CR-92-216-4 (D.S.C. filed Feb. 15, 2005, entered Feb. 16, 2005; filed and entered June 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED